George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave, Suite 330
Portland, OR 97232
Telephone: (503) 236-0068
Fax No.: (503) 236-0028
Of Attorneys for Plaintiff, Syrrita Mason

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Syrrita Mason,<br>  Plaintiff,<br><br>vs.<br><br>Andrew Saul,<br>Commissioner,<br>Social Security Administration,<br>  Defendant | Case No. 3:20-cv-01282-MK<br><br>ORDER OF DISMISSAL |

After considering the Plaintiff's motion for dismissal with prejudice, it is hereby ordered that dismissal is granted.

IT IS SO ORDERED: <u>July 27,2021</u>

<u>s/ Mustafa T. Kasubhai</u>
MUSTAFA T. KASUBHAI
United States Magistrate Judge

Proposed Order submitted:            Date: June 27, 2021

 /s/ George Wall
_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Syrrita Mason

CERTIFICATE OF SERVICE AND PROPOSED ORDER